**Stephan A. FLEMING, Plaintiff–Appellant**

v.

**Michael J. ASTRUE, Commissioner of the Social Security Administration, Defendant–Appellee.**

No. 12–2196.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 4, 2013.

Filed: Jan. 11, 2013.

Kevin Kent Knake, Douglas Pauley, Conway & Pauley, Hastings, NE, for Plaintiff–Appellant.

Sarah Preston, Assistant Regional Counsel, Kristi Schmidt, Deputy, Social Security Administration Office of General Counsel Region VII, Kansas City, MO, Lynnett Wagner, U.S. Attorney's Office, Omaha, NE, for Defendant–Appellee.

Before BYE, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Stephan A. Fleming appeals the district court's[1] order dismissing his appeal for lack of jurisdiction. Upon de novo review, *see Clarinda Home Health v. Shalala,* 100 F.3d 526, 528 (8th Cir.1996), we agree with the district court that there was no constructive or de facto reopening of Fleming's earlier application, and thus that subject matter jurisdiction was lacking, *see*

---

[1]. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

*King v. Chater,* 90 F.3d 323, 325 (8th Cir. 1996). The district court is affirmed.